FRANK H. BOWEN, Respondent, v. CHARLES W. REYNOLDS, Doing Business, etc., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. (See *Moritz* v. *Eisner & Sons Co., Inc.*, 212 App. Div. 434.) Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FANNIE TEISCH, Respondent, v. JACOB SINGER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by FRANCIS R. STODDARD, JR., as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets of the NORSKE LLOYD INSURANCE COMPANY, LTD.— Order affirmed, without costs of this appeal; the referee's fees and stenographer's charges upon the reference are payable out of the fund. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DAVID KAPLAN, Respondent, v. ROYAL M. NEWCOMB, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GEORGE T. FONDA, Respondent, v. CHARLES A. LEVINE and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANDREW A. THOMPSON, Respondent, v. GEORGE A. CARDEN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JESSIE V. SERGEANT, Appellant, v. WILLIAM J. O'SHAUGHNESSY, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FRANCES KORN, Appellant, v. ALEXANDER KORN, Respondent.— Order affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ISIDORE GOLDSMITH and Others, Copartners, etc., Respondents, v. UNITED STATES FIRE INSURANCE COMPANY OF NEW YORK and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the bill of particulars furnished is sufficient. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARTHA HILL McFARLAND and Others, Appellants, v. ANNA C. WOERISHOFFER and Others, Defendants. CROSS SICLARE and MARIANNA SICLARE, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EVERETT STONE, Respondent, v. SERVICE CONTRACTING Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FREDERICK S. DICKINSON and Another, Respondents, v. JOHN SPRINGER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.